BENJAMIN B. WAGNER
United States Attorney
JASON S. HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-00450 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED]** |
| v. ) | **ORDER CONTINUING STATUS** |
| ) | **CONFERENCE** |
| FRANKIE THOMAS GOULDING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties appeared before the Court on January 14, 2014, in the above-entitled case.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for January 14, 2014 at 9:15 a.m., be continued to February 11, 2014, at 9:15 a.m., and that the time beginning January 14, 2014, extending through February 11, 2014,, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare, and for continuity of counsel.  The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for January 14,

1  2014 at 9:15 a.m., be continued to February 11, 2014, at 9:15 a.m., and that the time
2  beginning January 14, 2014, and extending through February 11, 2014,, be excluded from
3  the calculation of time under the Speedy Trial Act.  The Court finds that the interests of
4  justice served by granting this continuance outweigh the best interests of the public and
5  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
6       IT IS SO ORDERED.
7  Dated:  January 21, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT