The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

FRANKIE GOULDING

Case Number:  2:09-cr-00450 DJC & 1:18-cr-00240-DJC

**STIPULATION AND ORDER**

**DATE: JUNE 25, 2026**
**TIME: 9:00 AM**
**DEPT: DJC**

Defendant, Frankie Goulding, by and through its counsel of record, and Plaintiff, by and through Plaintiff's counsel of record, hereby stipulate as follows:

1. By previous order, these matters were set for dispositional hearing on June 25. 2026.

2. By this stipulation, defendant now moves to continue the dispositional hearing until July 30, 2026, at 9:00 AM.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendant has pending matters in two other jurisdictions;

1

(b) Counsel is actively engaged in gathering information and attempting to resolve the out-of-jurisdiction matters.

(c) Counsel for defendant desires additional time to contact Defendant's attorneys in those other matters and try to fashion a global resolution.

d) The government does not object to the continuance.

f) The probation department has been notified of the requested continuance and has no objection.

4. The defendant's matters are Supervised Release violations.  There is therefore no need to calculate time under the Speedy Trial Act.


  IT IS SO STIPULATED.


  Dated: June 17, 2026                                 ERIC GRANT
                                                       United States Attorney

                                                       /s/ ZULKAR KHAN
                                                       ZULKAR KHAN
                                                       Assistant United States Attorney



                                                       /s/ OLAF W. HEDBERG
                                                       Olaf W. Hedberg
                                                       Counsel for Defendant
                                                       FRANKIE GOULDING



                              ORDER


It is so found and ordered this 17th day of June, 2026.


Dated:  June 17, 2026                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE